Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
EDGAR VELASQUEZ

United States District Court
for the Northern District of California

| | |
|---|---|
| EDGAR VELASQUEZ,<br><br>    *Petitioner*,<br>vs.<br><br>ROSEMARY NDOH, Warden, Avenal State Prison,<br><br>    *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 3:16-cv-02666-HSG<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, petitioner's first request for 31-day extension of time to file his traverse and reply memorandum is granted. The deadline for filing is extended from September 23, 2016, to and including October 24, 2016.

Dated: September 20, 2016

                                                                                      Haywood S Gilliam, Jr
                                                                                United States District Judge