ORIGINAL                                                                                          ORIGINAL

Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for Petitioner
EDGAR VELASQUEZ

United States District Court
for the Northern District of California

| | |
|---|---|
| EDGAR VELASQUEZ, | No. **3:16-CV-02666-HSG** |
| *Petitioner*, vs. | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |
| ROSEMARY NDOH, Warden, Avenal State Prison, | |
| Respondent. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Real Party in Interest. | |

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM

Good cause appearing, petitioner's second request for 30-day extension of time to file his traverse and reply memorandum is granted.  The deadline for filing is extended from October 24, 2016, to and including, November 23, 2016.

Dated: San Francisco, California,  October 19, 2016.

_____
Haywood S Gilliam, Jr
United States District Judge

[Proposed] Order Granting Second Extension of Time to File Traverse and Reply Memorandum