Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
EDGAR VELASQUEZ

United States District Court
Northern District of California

| | |
|---|---|
| EDGAR VELASQUEZ,<br><br>    *Petitioner*,<br>    vs.<br><br>ROSEMARY NDOH, Warden, Avenal State Prison,<br><br>    *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 3:16-cv-02666-HSG<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, petitioner's third request for 30-day extension of time to file his traverse and reply memorandum is granted. The deadline for filing is extended from November 23, 2016, to and including, December 23, 2016.

Dated: San Francisco, California, November 18, 2016.

_____
Haywood S Gilliam, Jr
United States District Judge

[Proposed] Order Granting Third Extension of Time to File Traverse and Reply Memorandum